UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAIL K. DIAMOND,<br><br>                      Plaintiff,<br><br>   v.<br><br>JOHN MOSBY, et al.,<br><br>                      Defendants. | CASE NO. 2:22-cv-01808-JLR<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 3) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to District Judge James L. Robart.

DATED this 3rd day of January, 2023.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge