UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAIL K. DIAMOND,<br><br>                Plaintiff,<br>    v.<br><br>JOHN MOSBY, et al.,<br><br>                Defendants. | CASE NO. C22-1808JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Gail K. Diamond's motion to extend the deadline to serve Defendants John Mosby, Michael Pham, and Jennifer Sandler (collectively, the "Defendants") with a summons and copy of the complaint by 60 days. (Mot. (Dkt. # 10).) Ms. Diamond, who proceeds *pro se* and *in forma pauperis,* filed her complaint on January 3, 2023. (*See* Compl. (Dkt. # 5); *see also* Summonses (Dkt. # 9) (electronically issued on February 2, 2023).) The deadline for Ms. Diamond to serve the Defendants

MINUTE ORDER - 1

with a summons and copy of her complaint was Monday, April 3, 2023.  Fed. R. Civ. P. 4(m).  Ms. Diamond states that she needs additional time to serve the Defendants because she has had to move to a new home and has taken a new job with a demanding schedule.  (*See* Mot.)

Under Rule 4(m), if the plaintiff shows good cause for failure to effect service within 90 days of filing her complaint, "the court must extend the time for service for an appropriate period."  *See* Fed. R. Civ. P. 4(m).  The court concludes that there is good cause to extend the deadline to serve the Defendants with a summons and copy of the complaint by 14 days.  Accordingly, Ms. Diamond must effect service on all of the Defendants no later than April 17, 2023.  Failure to comply with this deadline will result in dismissal of Ms. Diamond's complaint without prejudice.  *See* Fed. R. Civ. P. 4(m) (providing that the court "must dismiss the action without prejudice" if service is not effected).For good cause shown, the court GRANTS in part Ms. Diamond's motion (Dkt. # 10) and EXTENDS her deadline for serving her complaint on the Defendants to April 17, 2023.

Filed and entered this 4th day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2