|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| GAIL K. DIAMOND,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOHN MOSBY, et al.,<br><br>                    Defendants. | CASE NO. C22-1808JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On April 11, 2023, the court granted *pro se* Plaintiff Gail K. Diamond's motion for service and directed the United States marshal or deputy marshal to serve Defendants John Mosby, Michael Pham, and Jennifer Sandler with a summons and complaint by May 12, 2023. (*See* 4/11/23 Order (Dkt. # 15).) However, although Ms. Diamond provided the court with physical addresses for the Defendants, she did not provide summonses with their physical addresses. (*See* Mot. (Dkt. # 14).) The summonses Ms.

MINUTE ORDER - 1

Diamond provided to the Clerk contain post office boxes for Defendants. (*See* Summonses (Dkt. # 9).) Service by mail to a post office box is not a manner authorized by Federal Rule of Civil Procedure 4. *See* Fed. R. Civ. P. 4(e)(1)-(2); RCW 4.28.080(17) (allowing service by mail under certain circumstances but never to a post office box). The party seeking the issuance of a summons by the clerk must "present the summons to the clerk in the proper form, prepared for issuance, with sufficient copies for service." Local Rules W.D. Wash LCR 4(a).

Accordingly, the court ORDERS as follows:

(1) Ms. Diamond shall provide the clerk with correct copies of the summonses bearing each Defendant's physical address by no later than **May 1, 2023**;

(2) The Clerk shall provide a copy of this order, the complaint (Dkt. # 5), and summonses for each Defendant to the United States marshal or deputy marshal no later than **May 5, 2023**;

(3) The deadline to effect service is EXTENDED to **May 26, 2023**; and

(4) The United States marshal or deputy marshal shall serve Defendants John Mosby, Michael Pham, and Jennifer Sandler with the applicable summons and complaint no later than **May 26, 2023.**

Filed and entered this 26th day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2