UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAIL K. DIAMOND,<br><br>                    Plaintiff,<br>      v.<br><br>JOHN MOSBY, et al.,<br><br>                    Defendants. | CASE NO. C22-1808JLR<br><br>ORDER |

Before the court is *pro se* Plaintiff Gail K. Diamond's motion to dismiss this action without prejudice. (Mot. (Dkt. # 30).) The deadline to respond to the motion has passed and Defendants John Mosby, Michael Pham, and Jennifer Sandler ("Defendants") have not filed any opposition papers.[1] (*See generally* Dkt.) Accordingly, the court exercises its discretion to rule on the motion before the noting date. *See* Fed. R. Civ. P. 1

//

---

[1] The court construes Defendants' failure to timely respond as "an admission that the motion has merit." *See* Local Rules W.D. Wash. LCR 7(b)(2).

ORDER - 1

(stating that the Federal Rules of Civil Procedure should be construed "to secure the just, speedy, and inexpensive determination of every action and proceeding").

Federal Rule of Civil Procedure 41(a)(2) authorizes the court to dismiss an action without prejudice at the plaintiff's request "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The court has reviewed the motion and concludes that dismissal is appropriate. The court therefore GRANTS Ms. Diamond's motion (Dkt. # 30) and DISMISSES this action without prejudice.

Dated this 25th day of April, 2024.

_____
JAMES L. ROBART
United States District Judge